

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00013-CR

| | | |
|---|---|---|
| Pamela Gwynn Krick | § | From the 97th District Court |
| | § | of Archer County (2015-0016A-CR) |
| v. | § | July 14, 2016 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that the "<u>Statute for Offense</u>" is PENAL CODE 38.11(b). It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
     Justice Lee Gabriel